672 A.2d 602

**Sharon Luann KLEPPER**

v.

**WYE RIVER ENTERPRISES, INC.**

**No. 111, Sept. Term, 1994.**

Court of Appeals of Maryland.

Feb. 9, 1996.

Reconsideration Denied April 10, 1996.

Charles J. Muskin, Glen Burnie, for Petitioner.

No brief filed on behalf of Respondent.

Argued before MURPHY, C.J., ELDRIDGE, CHASANOW, KARWACKI, BELL and RAKER, JJ., and JOHN F. McAULIFFE (retired), Specially Assigned.

## ORDER.

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 9th day of February, 1996

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.